**United States District Court**
For the Northern District of California

**\*E-Filed  6/21/10\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Raymond Diaz,                                                  No. C 09-5286 RS

                         Plaintiffs,                          **STANDBY ORDER TO SHOW CAUSE**
            v.

Arts Sheet Metal Mfg., Inc.

                         Defendants.
_____/

The Court has been informed that the above-entitled action has settled.  Accordingly, the

Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by

**August 16**, **2010**.   If a stipulation of dismissal is not filed by that date, the parties are ordered to

appear  on  **August 26, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco**

**Courthouse** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

1

2      IT IS SO ORDERED.

3

4

5    Dated:   June 21, 2010

6                                          RICHARD SEEBORG
                                          UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                                    No. C 09-05286 RS

28                                        STANDBY ORDER TO SHOW CAUSE

**United States District Court**
For the Northern District of California

2